## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GWENN SIEMER CROFT, GOLDEN VALLEY INVESTMENTS, LP, and JOSEPH E. SIEMER, Individually and as Trustee of the Dorothy Siemer Trust u/a dated October 15, 1991, | |
| Plaintiffs, | Case No. 15-cv-1269-JPG-DGW |
| v. | |
| PRINCE CORPORATION, | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Joint Motion to Transfer (Doc. 24). The parties move to transfer this matter to the United States District Court for the Eastern District of Wisconsin and the issues having been heard, and the Court having rendered a decision, it is hereby ordered that the Joint Motion to Transfer (Doc. 24) is **GRANTED**. The Defendant Prince Corporation's Motion to Dismiss, or in the alternative, Motion to Transfer (Doc. 17) is **DENIED** as moot.

The Clerk of Court is **DIRECTED** to **TRANSFER** this matter to the United States District Court for the Eastern District of Wisconsin.

**IT IS SO ORDERED.**

**DATED:** 1/27/2016          *s/J. Phil Gilbert*
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**